# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTINA SEMERJYAN**, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>**SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 2015**, *et al.*;<br><br>Defendants. | Case No.: 2:20-CV-02956-AFM<br><br>~~PROPOSED~~ **JUDGMENT** |

Pursuant to the Court's September 25, 2020 Order Granting Defendants' Motions to Dismiss (ECF No. 36),

IT IS HEREBY ADJUDGED that Plaintiff's federal claims are dismissed with prejudice and Plaintiff's state law claims are dismissed without prejudice to refiling in the appropriate state court, and JUDGMENT IS HEREBY ENTERED in favor of Defendants SEIU Local 2015, Attorney General Xavier Becerra, and State Controller Betty Yee, and against Plaintiff Kristina Semerjyan.

Dated:_**January 12, 2021**      _____
                                                                         André Birotte Jr.
                                                                         United States District Judge

**1**
**Judgment**